Beverley Sangster
185 Essenton dr.
Upper Marlboro, MD 20774

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2012 FEB 17 P 12: 21

CLERK'S OFFICE

TO Whom it may concern,

This Service as my motion to vacate in the Civil Case numbered H AW-11-1773 CV-011773-AW. I Wish to have the Judgement overturned. It will give me the opportunity to pled my case because I was Physically unable to. I was ill, had surgery, and am still recovering. I will like to plead not guilty and defend myself in this matter. Thank you for your Consideration

Sincerely,

Beverley Sangster